| PARTICULAR | TOTAL |
|---|---:|
| **REVENUE** | |
| **SALES** | |
| OCEAN FREIGHT INCOME | 105,141.60 |
| AIR FREIGHT, FUEL & | 25,537.50 |
| INLAND FREIGHT & DRAYAGE | 5,795.00 |
| TRUCKING INCOME | 295,043.28 |
| INSURANCE INCOME | - |
| MESSENGER & COURIER | 1,105.00 |
| STORAGE INCOME | 1,622.22 |
| DOCUMENTATION INCOME | 5,657.04 |
| BROKERAGE INCOME | - |
| PROFIT SHARE INCOME | 2,865.00 |
| BANKING-PURCHASING | - |
| AES - SED INCOME | 5,820.00 |
| CUSTOMS ENTRY SERVICE | 125.00 |
| PIER PASS FEES & CLEAN | - |
| HANDLING CHARGES INCOME | 430.00 |
| OTHER INCOMES | 1,024.83 |
| **TOTAL INCOME** | **450,166.47** |
| | |
| **COST OF GOODS SOLD** | |
| OCEAN FREIGHT COST | 83,354.26 |
| AIR FREIGHT, FUEL & | 23,558.11 |
| INLAND FREIGHT & DRAYAGE | 21,635.00 |
| TRUCKING COST | 283,377.04 |
| INSURANCE COST | - |
| MESSENGER & COURIER COST | 306.87 |
| STORAGE COST | 1,856.22 |
| DOCUMENTATION COST | 4,429.04 |
| BROKERAGE COST | - |
| CUSTOMS ENTRY SERVICE | 125.00 |
| PIER PASS | - |
| HANDLING CHARGES COST | - |
| OTHER EXPENSES | 696.83 |
| WAREHOUSE CHARGES | 115.00 |
| PACKING COSTS | 350.00 |
| COMMISSION COST | - |
| INSPECTION CHARGES COST | - |
| **TOTAL COST OF GOODS :** | **419,803.37** |
| | |
| **GROSS PROFIT** | **30,363.10** |
| | |
| **INDIRECT EXPENSES** | |
| GOOGLE SERVICES | 1,352.98 |

| | |
|---|---:|
| BANK CHARGES | 5,128.15 |
| INVOICE FACTORING CHARGES | 3,966.51 |
| TX WORKFORCE COMMISSION | 107.80 |
| COMPUTER EXPENSES | - |
| SOFT WARE EXPENSES | 1,080.00 |
| ENTERTAINMENT & MEALS | - |
| INSURANCE | 10,554.37 |
| AUTO INSURANCE | - |
| PREMIUM MERCHANT | 10,500.00 |
| OFFICE EXPENSE - OTHER | 16,398.14 |
| T-MOBILE PCS SVC | 1,959.06 |
| PAY ROLL TAX - IRS | 26,526.35 |
| PAYROLL - OFFICERS | 78,665.94 |
| MD ACCOMODATION RENT | - |
| POSTAGE & COURIER | - |
| PRINTING & STATIONERY | - |
| OFFICE RENT | 5,364.51 |
| MEMBERSHIP FEE | - |
| TELEPHONE & FAX | 778.62 |
| TRAVEL & LODGING | - |
| CPA CHARGES | 874.92 |
| WAREHOUSE RENT MIAMI | - |
| MIAMI WAREHOUSE EXPENSES | - |
| SPONSORSHIP FEE | 101.00 |
| INTEREST TO SUNNY MALIAKKAL | 4,500.00 |
| BAD DEBT | - |
| DEPRECIATION | - |
| TOTAL EXPENSES | 167,858.35 |
| **OTHER INCOME** | - |
| OTHER INCOME | - |
| | - |
| **NET PROFIT/-LOSS** | **- 137,495.25** |