United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 31, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| ATLANTIC WORLDWIDE SHIPPING, LLC § | |
| DEBTOR § | CASE NO. 21-32642 |

### ORDER GRANTING APPLICATION FOR COMPENSATION AND EXPENSES BY THE LANE LAW FIRM, PLLC, ATTORNEYS FOR THE DEBTOR-IN-POSSESSION

CAME ON FOR CONSIDERATION the Interim Application for Compensation and Expenses by The Lane Law Firm, PLLC, Attorneys for the Debtor, and it is appearing that good cause exists for granting the same; it is accordingly

**ORDERED** that the Interim Application for Compensation and Expenses by The Lane Law Firm, PLLC Attorneys for the Debtor, is hereby GRANTED; it is

**FURTHER ORDERED** that the Debtor shall pay THE LANE LAW FIRM, PLLC, Attorneys for the Debtor, compensation in the amount of $23,176.68 for fees and $223.90 in out-of-pocket expenses, for a total of $23,400.58; and it is

**FURTHER ORDERED** that The Lane Law Firm, PLLC, Attorneys for the Debtor, are hereby ALLOWED to set-off and pay any such amounts from the retainer balance of $19,743.63 from its professional escrow account.

**FURTHER ORDERED** that the Debtor pay the remaining unpaid balance of $3,656.95 as set forth herein as an ADMINISTRATIVE CLAIM.

Signed: January 31, 2022

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge