**Fill in this information to identify the case:**

Debtor Name: Atlantic Worldwide Shipping, LLC

United States Bankruptcy Court for the: Southern District of Texas

Case number: 21-32642

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: January 2022

Date report filed: 02/11/2022 (MM/DD/YYYY)

Line of business: Shipping

NAISC code: 488510

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Madhavadas Nair

Original signature of responsible party: /s/ Madhavadas Nair

Printed name of responsible party: Madhavadas Nair

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page 1

Debtor Name  Atlantic Worldwide Shipping, LLC          Case number  21-32642

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 7,786.02

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 187,551.35

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   − $ 161,014.21

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 26,537.14

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 34,323.16

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 95,082.14

    (Exhibit E)

Debtor Name  Atlantic Worldwide Shipping, LLC                     Case number  21-32642

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**         $ 165,126.93

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?      6
27. What is the number of employees as of the date of this monthly report?   5

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 20,000.00
30. How much have you paid this month in other professional fees?      $ 0.00
31. How much have you paid in total other professional fees since filing the case?   $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 257,737.00 | − | $ 187,551.35 | = | $ 70,185.65 |
| 33. **Cash disbursements** | $ 241,200.00 | − | $ 161,014.21 | = | $ 80,185.79 |
| 34. **Net cash flow** | $ 16,537.00 | − | $ 26,537.14 | = | $ 10,000.14 |

35. Total projected cash receipts for the next month:          $ 265,425.00
36. Total projected cash disbursements for the next month:        − $ 248,945.00
37. Total projected net cash flow for the next month:         = $ 16,480.00

Debtor Name **Atlantic Worldwide Shipping, LLC**　　　　Case number **21-32642**

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☑ 42. Project, job costing, or work-in-progress reports.

# CADENCE
BANK

```
        ATLANTIC WORLDWIDE SHIPPING LLC                                01/31/22
        DEBTOR IN POSSESSION CH 11 CASE#21-32642
        MADHAVDAS NAIR TRUSTEE
        10333 HARWIN DRIVE STE 674
        HOUSTON TX   77036                                          █████3588


     6                                              HOLDF     CYCLE-031
*** CHECKING *** BANKRUPTCY TTE CH 11
ACCOUNT NUMBER         █████3588
PREVIOUS STATEMENT BALANCE AS OF 12/31/21 ........................    7,786.02
    PLUS      30   DEPOSITS AND OTHER CREDITS ..................    187,551.35
    LESS     122   CHECKS AND OTHER DEBITS .....................    161,014.21
CURRENT STATEMENT BALANCE AS OF 01/31/22 .........................   34,323.16
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31

---------------------------------------------------------------------------
*** CHECKING ACCOUNT TRANSACTIONS ***
  DATE         DESCRIPTION                   DEBITS          CREDITS
  01/03 AC-18004INTUIT      -QuickBooks       191.88
        1086039 ATLANTIC WORLDWIDE SHI
  01/03 ACHPFND:BATCH SEQ NUM:PREFUND       1,575.00
  01/03 CKCD DEBIT 1462 01/02 19:49           462.64
        Google LLC GSUI 650-2530000 CA
  01/04 INCOMING WIRE TRANSFER;2022010                      8,550.00
        4B6B7HU4R001981
  01/04 AC-Triumph Business-EDI PYMNTS                      1,445.75
        4846808 atlantic Worldwide Shi
  01/04 DEPOSIT                                               800.00
  01/04 AC-SPARKO CORPORATI-2819353171         99.01
        M63454609628 ATLANTIC WORLDWID
  01/04 ACHPFND:BATCH SEQ NUM:PREFUND       7,438.12
  01/05 AC-Triumph Business-EDI PYMNTS                     23,685.25
        4847681 atlantic Worldwide Shi
  01/05 AC-BOXER-Boxer F2, -WEB PMTS4N      1,948.14
        CD19 Atlantic Worldwide Shi
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         130.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         200.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         250.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         250.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         250.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         350.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         400.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         450.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         450.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         500.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         550.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         600.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND         725.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       1,100.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       1,200.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       1,200.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       1,350.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       1,850.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       1,886.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       2,000.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       2,000.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       2,450.00
  01/05 ACHPFND:BATCH SEQ NUM:PREFUND       3,200.00
  01/05 CKCD DEBIT 1462 01/05 10:55            16.23
        ADOBE ACROPRO  408-536-6000 CA
  01/05 CKCD DEBIT 1462 01/05 17:38            56.00
        NYSBA EZ PASS 800-333-8655 NY
  01/05 CKCD DEBIT 1462 01/05 17:38            68.87
        E-Z*PASSNYSTA  800-333-8655 NY
  01/05 CKCD DEBIT 1462 01/04 22:30            97.70
        RINGCENTRAL IN 888-898-4591 CA
```

```
        ATLANTIC WORLDWIDE SHIPPING LLC                                01/31/22
        DEBTOR IN POSSESSION CH 11 CASE#21-32642
        MADHAVDAS NAIR TRUSTEE
        10333 HARWIN DRIVE STE 674
        HOUSTON TX   77036                                          █████3588


        6                                                HOLDF     CYCLE-031

----------------------------------------------------------------------------
   *** CHECKING ACCOUNT TRANSACTIONS ***
   DATE        DESCRIPTION                     DEBITS           CREDITS
   01/06 AC-Triumph Business-EDI PYMNTS                         5,307.50
         4852500 atlantic Worldwide Shi
   01/06 AC-HANOVER INS      -BILLPAYINS       1,285.40
         PMNT ATLANTIC WORLDWIDE SHI
   01/06 ACHPFND:BATCH SEQ NUM:PREFUND           120.00
   01/06 ACHPFND:BATCH SEQ NUM:PREFUND         1,115.50
   01/06 ACHPFND:BATCH SEQ NUM:PREFUND         1,296.75
   01/06 ACHPFND:BATCH SEQ NUM:PREFUND         3,600.00
   01/07 AC-Triumph Business-EDI PYMNTS                         1,707.00
         4856281 atlantic Worldwide Shi
   01/07 AC-LOGISUITE ACH   -8776799204          360.00
         0060001062 ATLANTIC WORLDWIDE
   01/07 ACHPFND:BATCH SEQ NUM:PREFUND         3,562.08
   01/07 CKCD DEBIT 1462 01/06 21:13              29.99
         EZLOGZ.COM, EZ 800-670-7807 WA
   01/07 CKCD DEBIT 1462 01/05 23:53              70.28
         OHIO TURNPIKE R 440-2342081 OH
   01/10 MOBILE DEPOSIT                                         3,712.08
   01/10 ACHPFND:BATCH SEQ NUM:PREFUND         1,679.20
   01/10 CKCD DEBIT 1462 01/07 22:33              82.00
         PERMITS PLUS,   540-966-2171 VA
   01/11 AC-Triumph Business-EDI PYMNTS                           247.00
         4868079 atlantic Worldwide Shi
   01/11 AC-UPSBILLCTR       -PAYMENTLog          16.97
          in to the UPS Billing C ATLAN
   01/11 CKCD DEBIT 1462 01/11 17:32             853.00
         AMZN Mktp US* Amzn.com/bill WA
   01/12 AC-Triumph Business-EDI PYMNTS                        12,297.13
         4867437 atlantic Worldwide Shi
   01/12 AC-TXWORKFORCECOMM -DEBIT(512)          410.15
         463-2325 TWC-157610805
   01/12 AC-HEALTH CARE SERV-OBPPAYMT87        2,539.60
         73376041 ATLANTIC WORLDWIDE SH
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND            75.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND           100.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND           300.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND           400.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND           450.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND           500.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND           530.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND           600.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND           780.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND           925.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND         1,096.10
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND         1,550.00
   01/12 ACHPFND:BATCH SEQ NUM:PREFUND         1,676.25
   01/12 CKCD DEBIT 1462 01/11 00:35             125.00
         FED MARITIME C 202-523-5770 DC
   01/13 INCOMING WIRE TRANSFER;2022011                        12,450.00
         3B1QGC06C006117
   01/13 AC-Triumph Business-EDI PYMNTS                         3,635.50
         4877704 atlantic Worldwide Shi
   01/13 AC-DAT             -EDI PYMNTS          745.13
         RMR*IV*4406067**745.13*745.13*
   01/13 ACHPFND:BATCH SEQ NUM:PREFUND         1,060.00
```

```
           ATLANTIC WORLDWIDE SHIPPING LLC                              01/31/22
           DEBTOR IN POSSESSION CH 11 CASE#21-32642
           MADHAVDAS NAIR TRUSTEE
           10333 HARWIN DRIVE STE 674
           HOUSTON TX   77036                                           ████3588

        6                                                HOLDF     CYCLE-031
------------------------------------------------------------------------------
      *** CHECKING ACCOUNT TRANSACTIONS ***
      DATE         DESCRIPTION                    DEBITS         CREDITS
      01/13 ACHPFND:BATCH SEQ NUM:PREFUND       1,430.00
      01/13 ACHPFND:BATCH SEQ NUM:PREFUND      11,779.00
      01/13 CKCD DEBIT 1462 01/13 10:35            54.00
            E ZPASS DE 00200725 DOVER DE
      01/14 INCOMING WIRE TRANSFER;2022011                       1,600.00
            4I1B7033R018770
      01/14 AC-Triumph Business-EDI PYMNTS                       3,987.00
            4883606 atlantic Worldwide Shi
      01/14 AC-NMEF 2021-A       -AUTH PAYME    2,629.02
            220113111052016 Atlantic World
      01/14 ACHPFND:BATCH SEQ NUM:PREFUND       1,500.00
      01/14 ACHPFND:BATCH SEQ NUM:PREFUND       5,332.84
      01/18 INCOMING WIRE TRANSFER;2022011                       4,950.00
            8B1QGC08C021883
      01/18 AC-Triumph Business-EDI PYMNTS                      13,427.00
            4887691 atlantic Worldwide Shi
      01/18 MOBILE DEPOSIT                                       1,350.00
      01/18 ACCOUNT ANALYSIS FEES                 444.11
      01/18 AC-COMCAST 8777703 -                  110.53
            1943536064753805 NOREAL *NAME
      01/18 AC-8X8                -5MKNCMB5YS     529.13
            4 Atlantic Worldwide Shi
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         150.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         420.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         425.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         470.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         500.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         700.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         700.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         775.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         800.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND         800.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND       1,000.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND       1,050.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND       1,425.00
      01/18 ACHPFND:BATCH SEQ NUM:PREFUND       1,572.50
      01/18 CKCD DEBIT 1462 01/15 23:05            45.00
            Safety Holdings 888-9472622 NM
      01/19 AC-PRINCE ENERGY   -CORP PAY00                       1,431.25
            01006                   ATL
      01/19 AC-Triumph Business-EDI PYMNTS                       5,393.00
            4895756 atlantic Worldwide Shi
      01/19 AC-IRS              -USATAXPYMT     4,011.03
            XXXXXXXXXXX3052 ATLANTIC WORLD
      01/20 INCOMING WIRE TRANSFER;2022012                       4,350.00
            0B6B7HU3R009082
      01/20 AC-SYLECTUS         -0285153002     3,642.00
            51528159 ATLANTIC WORLDWIDE SH
      01/20 ACHPFND:BATCH SEQ NUM:PREFUND         875.00
      01/20 ACHPFND:BATCH SEQ NUM:PREFUND       1,050.00
      01/20 ACHPFND:BATCH SEQ NUM:PREFUND       1,940.00
      01/20 CKCD DEBIT 1462 01/20 10:47            17.00
            ADOBE ACROPRO  800-443-8158 CA
      01/21 ACHPFND:BATCH SEQ NUM:PREFUND       2,085.50
      01/24 AC-Triumph Business-EDI PYMNTS                      25,157.50
            4911078 atlantic Worldwide Shi
```

```
        ATLANTIC WORLDWIDE SHIPPING LLC                               01/31/22
        DEBTOR IN POSSESSION CH 11 CASE#21-32642
        MADHAVDAS NAIR TRUSTEE
        10333 HARWIN DRIVE STE 674
        HOUSTON TX   77036
                                                                        3588

        6                                                HOLDF    CYCLE-031
-------------------------------------------------------------------------------
    *** CHECKING ACCOUNT TRANSACTIONS ***
    DATE            DESCRIPTION                  DEBITS         CREDITS
    01/24 MOBILE DEPOSIT                                          758.86
    01/24 AC-TRUCKSTOP.COM   -SOFTWARE60         129.00
          72517 ATLANTIC WORLDWIDE *SH
    01/24 AC-T-MOBILE        -PCS SVC197         714.61
          2077  PRIJI KUMAR SASIDHARA
    01/25 MOBILE DEPOSIT                                        1,139.56
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          150.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          300.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          320.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          500.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          525.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          550.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          600.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          600.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          600.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          700.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          800.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND          950.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND        1,160.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND        1,261.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND        1,325.00
    01/25 ACHPFND:BATCH SEQ NUM:PREFUND        2,667.00
    01/25 CKCD DEBIT 1462 01/24 22:15            276.40
          CHB*CHUBB INS  800-372-4822 NJ
    01/26 INCOMING WIRE TRANSFER;2022012                        3,710.75
          6I1B7032R014472
    01/26 MOBILE DEPOSIT                                          397.22
    01/26 ACHPFND:BATCH SEQ NUM:PREFUND        3,325.00
    01/27 INCOMING WIRE TRANSFER;2022012                       10,380.50
          7B1Q8982C001644
    01/27 ORIGINATED ACH ITEM RETURNED                            500.00
          ISHKHAN PETROSYAN      ISHKHAN
    01/27 AC-Triumph Business-EDI PYMNTS                        6,005.75
          4927071 atlantic Worldwide Shi
    01/27 ACH BATCH OFF SET ATLANTIC           4,315.00
          WORLD WIDE 01/26/2022
    01/27 AC-PROG COUNTY MUT -INS PREMPO        5,653.50
          L  03218314 ATLANTIC WORLDWIDE
    01/28 INCOMING WIRE TRANSFER;2022012                        1,582.00
          8I1B7033R006540
    01/28 ACHPFND:BATCH SEQ NUM:PREFUND          500.00
    01/28 ACHPFND:BATCH SEQ NUM:PREFUND        1,595.00
    01/28 ACHPFND:BATCH SEQ NUM:PREFUND       11,779.00
    01/31 INCOMING WIRE TRANSFER;2022013                        8,345.00
          1B1QGC08C003174
    01/31 AC-Triumph Business-EDI PYMNTS                       19,248.75
          4934743 atlantic Worldwide Shi
    01/31 ACHPFND:BATCH SEQ NUM:PREFUND          458.86
    01/31 ACHPFND:BATCH SEQ NUM:PREFUND        7,770.19
-------------------------------------------------------------------------------
    *** BALANCE BY DATE ***
    12/31     7,786.02  01/03     5,556.50  01/04     8,815.12  01/05     6,972.43
    01/06     4,862.28  01/07     2,546.93  01/10     4,497.81  01/11     3,874.84
    01/12     4,114.87  01/13     5,132.24  01/14     1,257.38  01/18     9,068.11
    01/19    11,881.33  01/20     8,707.33  01/21     6,621.83  01/24    31,694.58
```

```
    ATLANTIC WORLDWIDE SHIPPING LLC                              01/31/22
    DEBTOR IN POSSESSION CH 11 CASE#21-32642
    MADHAVDAS NAIR TRUSTEE
    10333 HARWIN DRIVE STE 674
    HOUSTON TX   77036                                    3588


6                                                    HOLDF   CYCLE-031
--------------------------------------------------------------------------
    *** BALANCE BY DATE ***
01/25   19,549.74  01/26    20,332.71  01/27    27,250.46  01/28    14,958.46
01/31   34,323.16

            WE WILL NEVER CONTACT YOU TO ASK FOR PERSONAL OR ACCOUNT
            INFO BY TEXT, EMAIL OR PHONE. DO NOT REPLY TO SCAM
            TEXT, EMAIL OR PHONE MESSAGES. QUESTIONS? 800-636-7622.
```



01/04/2022    $800.00

**☰ CADENCE BANK**

Deposit Date/Time: 01/10/22 09:53 AM          3,712.08

Account Number: ▉▉▉3588

Deposit ID: 3200001969054

555533336      5500243588 3645      3,712.08

01/10/2022    $3,712.08

**☰ CADENCE BANK**

Deposit Date/Time: 01/17/22 11:12 AM          1,350.00

Account Number: ▉▉▉3588

Deposit ID: 3200001980330

555533336      5500243588 3645      1,350.00

01/18/2022    $1,350.00

**☰ CADENCE BANK**

Deposit Date/Time: 01/24/22 09:47 AM          758.86

Account Number: ▉▉▉3588

Deposit ID: 3200001990605

555533336      5500243588 3645      758.86

01/24/2022    $758.86

**☰ CADENCE BANK**

Deposit Date/Time: 01/25/22 10:34 AM          1,139.56

Account Number: ▉▉▉3588

Deposit ID: 3200001993003

555533336      5500243588 3645      1,139.56

01/25/2022    $1,139.56

**☰ CADENCE BANK**

Deposit Date/Time: 01/26/22 10:20 AM          397.22

Account Number: ▉▉▉3588

Deposit ID: 3200001994842

555533336      5500243588 3645      397.22

01/26/2022    $397.22

## 2. Summary of Cash Activity for all Accounts

| | |
|---|---:|
| **Total opening balance of all accounts** | 7,786.02 |
| **Total cash receipt** | |
| Trucking(Triumph Business) | 128,436.88 |
| Trucking(Roll On Funding) | - |
| Trucking(Mobile Deposit & Wire transfer) | 2,300.00 |
| Other Debtors | 56,314.47 |
| ACH Return(Driver paymets return) | 500.00 |
| | **187,551.35** |
| **Total cash disbursements** | |
| Trucking(Driver Payments) | 79,211.60 |
| Local Vendors | 31,031.29 |
| Other Expenses | 50,771.32 |
| | **161,014.21** |
| | |
| **Net Cash flow** | **26,537.14** |
| | |
| **Cash on hand at the end of the month** | **34,323.16** |

## AR AGING SUMMARY REPORT 01/2022

| CUS ID | CUSTOMER NAME | AMOUNT | OVER 15 | OVER 30 | OVER 60 | OVER 90 |
|---|---|---:|---:|---:|---:|---:|
| ALSHA | AL SHAMALI INTERNATIONAL FREIGHT SERVICES LLC | 40,481.58 | -1,492.54 | 13,855 00 | 2,887.39 | 25,231.73 |
| FARMD | FARMDRIVE LLC, UKRAINE | 37,800.00 | 0.00 | 0.00 | 0.00 | 37,800.00 |
| GANGEN | GANADOR GENERAL TRADING | 4,405.37 | 0.00 | 0.00 | 44.26 | 4,361.11 |
| JC | Johnson Controls | 1,150.00 | 0.00 | 1,150 00 | 0.00 | 0.00 |
| KARLOG | KAREEM LOGISTICS, NAOURI GROUP | 5,495.00 | 5,495.00 | 0.00 | 0.00 | 0.00 |
| SUPUSA | SUPERPAK USA INC. | 4,990.11 | 4,990.11 | 0.00 | 0.00 | 0.00 |
| TRU | TRUCKING CUSTOMERS RECEIVABLES | 55,772.87 | 29,255.00 | 26,517 87 | 0.00 | 0.00 |
| UBMI | UBMI BV GERMANY C/O MR ANURAG | 14,957.00 | 0.00 | 0.00 | 0.00 | 14,957.00 |
| WINCO | WINCO | 75.00 | 0.00 | 0.00 | 0.00 | 75.00 |
| | **REPORT TOTAL** | **165,126.93** | **38,247.57** | **41,522.87** | **2,931.65** | **82,424.84** |

## A/P AGING SUMMARY REPORT 01/2022

| Vendor: | | Amount | Current | OVER 15 | OVER 30 | OVER 60 | OVER 90 |
|---|---|---:|---:|---:|---:|---:|---:|
| AIRMEN | AIR MENZIES INTERNATIONAL | 283.69 | 0.00 | 283.69 | 0.00 | 0.00 | 0.00 |
| BONLOG | BONANZA LOGISTICS | 650.00 | 0.00 | 650.00 | 0.00 | 0.00 | 0.00 |
| CAROTR | CAROTRANS INTERNATIONAL INC | 10,739.16 | 0.00 | 10,564.16 | 0.00 | 0.00 | 175.00 |
| CODA | CODA LOGISTICS | 115.00 | 0.00 | 0.00 | 0.00 | 0.00 | 115.00 |
| DGLEXP | DGL EXPORT INC | 2,100.00 | 2,100.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| DILCO | DILIGENCE CONSULTANCY | 10,900.00 | 10,400.00 | 500.00 | 0.00 | 0.00 | 0.00 |
| HAP | HAPAG-LLOYD | 2,746.00 | 0.00 | 2,746.00 | 0.00 | 0.00 | 0.00 |
| LGL | LANDSTAR GLOBAL LOGISTICS | 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 |
| PARLOG | PARAGON LOGISTICS INC | 8,499.41 | 4,690.11 | 247.22 | 3,562.08 | 0.00 | 0.00 |
| TRUDEP | TRUCKING DEPARTMENT VENDOR | 58,698.88 | 0.00 | 25,783.95 | 32,914.93 | 0.00 | 0.00 |
| | **REPORT TOTALS:** | **95,082.14** | **17,190.11** | **40,775.02** | **36,477.01** | **0.00** | **640.00** |

## Balance Sheet
## Period Up to 01/2022

| Type | GL Account | Name | Division | Dept | Sub Dept | Balance |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| | **BANKS** | | | | | |
| | 10303 | CADENCE BANK | | | | 34,323.16 |
| | | | | | **TOTAL BANKS :** | **34,323.16** |
| | **ACCTS RECEIVABLE** | | | | | |
| | 10600 | ACCOUNTS RECEIVABLE | | | | 165,126.93 |
| | **OTHER CURRENT ASSESTS** | | | | | |
| | 10700 | PREPAID EXPENSES | | | | 84,774.12 |
| | 11400 | OTHER DEPOSITS | | | | 4,557.52 |
| | | | | | **TOTAL OTHER CURRENT ASSESTS :** | **89,331.64** |
| | **FIXED ASSETS** | | | | | |
| | 16300 | OFFICE EQUIPMENTS & FURNITURE & FIXTURES | | | | 28,519.76 |
| | 16704 | FREIGHT LINER TRUCK 2020 | | | | 116,811.57 |
| | 17801 | ACCUMULATED DEPRECIATION ON OFFICE EQUIPM | | | | (12,469.00) |
| | 17802 | ACCUMULATED DEPRECIATION ON VEHICLE | | | | (23,362.00) |
| | | | | | **TOTAL FIXED ASSETS :** | **109,500.33** |
| | | | | | **TOTAL ASSETS :** | **398,282.06** |
| | | | | | **\*\* TOTAL ASSETS:** | **398,282.06** |

| Type | GL Account | Name | Division | Dept | Sub Dept | Balance |
|---|---|---|---|---|---|---|
| **LIABILITIES** | **ACCTS PAYABLE** | | | | | |
| | 20200 | ACCOUNTS PAYABLE | | | | 95,082.14 |
| | | | | | **TOTAL ACCTS PAYABLE :** | **95,082.14** |
| | **OTHER LIABILITY** | | | | | |
| | 23308 | LOAN LESS THAN 1 YEAR | | | | 992,092.00 |
| | | | | | **TOTAL OTHER LIABILITY :** | **992,092.00** |
| | | | | | **TOTAL LIABILITIES :** | **1,087,174.14** |
| **CAPITAL** | | | | | | |
| | **EQUITY** | | | | | |
| | 27101 | COMMON STOCK | | | | 299,015.00 |
| | 27406 | RETAINED EARNING | | | | (589,860.00) |
| | | NET INCOME FOR THE YEAR 2020 | | | | 30,067.00 |
| | | NET LOSS FOR THE YEAR 2021 | | | | (400,546.46) |
| | | NET LOSS FOR THE YEAR 2022 | | | | (27,567.62) |
| | | | | | **TOTAL EQUITY :** | **(688,892.08)** |
| | | | | | **TOTAL CAPITAL :** | **(688,892.08)** |
| | | | | | **\*\* TOTAL LIABILITIES & CAPITAL:** | **398,282.06** |

## Profit and Loss
### Period: 01/2022

| Position | Type | GL Account | Name | Division | Dept | Sub Dept | Total |
|---|---|---|---|---|---|---|---:|
| INCOME | INCOME | 3010 | SHIPPING & DELIVERY INCOME | | | | 144,248.69 |
| | | | | | | **TOTAL INCOME :** | **144,248.69** |
| COST OF OPE | COST OF GOODS | 4010 | SHIPPING, FREIGHT & DELIVERY EXPENSES | | | | 133,060.02 |
| | | | | | | **TOTAL COST OF OPERATIONS :** | **133,060.02** |
| EXPENSES | EXPENSES | 1670 | GOOGLE SERVICES | | | | 462.64 |
| | | 3040 | TX WORKFORCE COMMISSION | | | | 410.15 |
| | | 5140 | BANK CHARGES | | | | 464.11 |
| | | | INVOICE FACTORING CHARGES | | | | 2,733.42 |
| | | 5200 | SOFTWARE EXPENSES | | | | 360.00 |
| | | 5400 | INSURANCE | | | | 2,856.45 |
| | | 5510 | OFFICE EXPENSE - OTHER | | | | 1,742.81 |
| | | 5550 | PAYROLL TAX-IRS | | | | 4,011.03 |
| | | | PAYROLL- OFFICERS | | | | 23,558.00 |
| | | 5710 | OFFICE RENT | | | | 1,948.14 |
| | | 5890 | TELEPHONE & FAX | | | | 209.54 |
| | | | | | | **TOTAL EXPENSES :** | **38,756.29** |
| | | | | | | **\*\* NET GAIN /-LOSS:** | **(27,567.62)** |

**BANK RECONCILIATION STATEMENT**

| PARTICULARS | AMOUNT | AMOUNT |
|---|---|---|
| *Balance as per Bank Statement* | | - |
| | | |
| *Add:* | | |
| Cheque deposited but not cleared | - | - |
| | | |
| *Less:* | | |
| Cheque issued but not cleared in the bank | - | - |
| | | |
| *Balance as per Company Bank Book* | | - |

|    |                                                       | Column A<br>*Projected* | Column B<br>*Actual* | Column C<br>*Difference* |
|----|-------------------------------------------------------|------------|------------|----------------|
| 32 | Cash Receipt                                          | 319,536.35 | 144,248.69 | - 175,287.66   |
| 33 | Cash Disbursement                                     | 284,488.90 | 171,816.31 | - 112,672.59   |
| 34 | Net Cash Flow                                         | **35,047.45 -** | **27,567.62 -** | **62,615.07** |

| 35 | Total projected cash receipt for the next month       | 319,536.35 |
|----|-------------------------------------------------------|------------|
| 36 | Total projected cash disbursements for the next month | 284,488.90 |
| 37 | Total projected net cash flow for the next month      | 35,047.45  |

| Date | Shipment | Destination | Departure Date | Arrival Date | Amount Quoted | Status | Dbl/Mbl |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | |